United States District Court
Southern District of Texas
**ENTERED**
October 21, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| ANDREW J MITCHELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:26-cv-00089 |
| | § | |
| GEOVERA INSURANCE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION**

On March 25, 2026, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 10. Judge Edison filed a memorandum and recommendation on October 6, 2026, recommending that Plaintiff Andrew Mitchell's case against Defendants GeoVera Insurance Company and GeoVera Specialty Insurance Company (collectively, "GeoVera") be sua sponte dismissed with prejudice for failure to state a claim, and that GeoVera's motion to dismiss for improper venue or, in the alternative, motion to transfer venue (Dkt. 42) be denied as moot. Dkt. 45.

On October 13, 2026, Mitchell filed his objections to the memorandum and recommendation. Dkt. 46. In accordance with 28 U.S.C. § 636(b)(1)(C), this court is required to "make a de novo determination of those portions of

the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

Mitchell has not objected to the substance of the magistrate judge's report. Instead, Mitchell objects to the extent the court would enter a ruling adjudicating any claim of nonparty Mitchell Adjusting International, LLC (MAI). As the court has already explained, MAI can appear in federal court only through licensed counsel. Dkt. 26. Because MAI has not appeared through licensed counsel, MAI is not before this court, and this court cannot adjudicate any claims pertaining to MAI.

The court has carefully considered the objections; the memorandum and recommendation; the pleadings; and the record. The court accepts Judge Edison's memorandum and recommendation (Dkt. 45).

It is therefore ordered that:

(1) Judge Edison's memorandum and recommendation (Dkt. 45) is approved and adopted in its entirety as the holding of the court;

(2) Mitchell's claims against GeoVera are sua sponte dismissed for failure to state a claim upon which relief may be granted;

(3) GeoVera's motion to dismiss pursuant for improper venue or, in the alternative, motion to transfer venue (Dkt. 42) is denied as moot; and

(4) This case is dismissed with prejudice.

SIGNED on Galveston Island this 21st day of October, 2026.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE